**PEOPLE, PROPERTY OWNERS AND CITIZENS OF the PLEASANT VALLEY SCHOOL DISTRICT, Appellees,**

v.

**Gail BURNEY, et al., Appellants.**

**PEOPLE, PROPERTY OWNERS, RESIDENTS AND/OR TAXPAYERS OF the PLEASANT VALLEY SCHOOL DISTRICT and Michael Vianello, Appellees,**

v.

**Bonnie L. Kneebone RUDDICK, et al., Appellants.**

Supreme Court of Pennsylvania.

Submitted June 10, 1994.

Decided Jan. 19, 1995.

Daniel M. Corveleyn, Maria M. Chesterton, for appellants.

Michael Vianello, for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

**ORDER**

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.